# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 10, 2019

Mr. Tony R. Moore
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 18-31075   USA v. Karl Kretser, Jr.
                      USDC No. 2:18-CV-86

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca L. Leto, Deputy Clerk
                          504-310-7703

cc w/encl:
    Ms. Camille Ann Domingue
    Mr. Karl David Kretser Jr.
    Ms. Cristina Walker

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-31075

UNITED STATES OF AMERICA,

A True Copy
Certified order issued Jul 10, 2019

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Plaintiff-Appellee

v.

KARL DAVID KRETSER, JR.,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana

O R D E R:

    Karl David Kretser, Jr., federal prisoner # 13308-035, seeks a certificate of appealability (COA) to appeal the district court's dismissal for lack of jurisdiction of his 28 U.S.C. § 2241 petition, which was construed as a 28 U.S.C. § 2255 motion. In the motion, which the district court determined was an unauthorized successive § 2255 motion, Kretser challenges his conviction for using a facility of interstate commerce to entice a minor to engage in illegal sexual activity, for which he was sentenced to 30 years in prison. Specifically, he complains that the trial judge was a chronic alcoholic suffering from a degenerative brain disorder, which he contends was the basis for incorrect decisions and statements made at his trial and sentencing proceedings.

    In order to obtain a COA to appeal the denial of a § 2255 motion, Kretser must make "a substantial showing of the denial of a constitutional right." 28

Case: 18-31075      Document: 00515029048      Page: 2      Date Filed: 07/10/2019
Case 2:06-cr-20062-RGJ-JPM   Document 136   Filed 07/10/19   Page 3 of 3 PageID #: 855

No. 18-31075

U.S.C. § 2253(c)(2); *see also Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Because the district court denied relief on procedural grounds, a COA should be granted "when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Kretser has failed to make the requisite showing. His motion for a COA is thus DENIED.

_____
STUART KYLE DUNCAN
UNITED STATES CIRCUIT JUDGE